# FILED

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0416

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT NO. DA-23-0416

| | |
|---|---|
| **STATE OF MONTANA,**<br><br>**Plaintiff and Appellee,**<br><br>**v.**<br><br>**SAMUEL WADE FRYDENLUND,**<br><br>**Defendant and Appellant.** | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLANT TO FILE OPENING BRIEF** |

Pursuant to the unopposed "**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLANT TO FILE OPENING BRIEF**" filed by Defendant and Appellant, Samuel Wade Frydenlund, and good cause appearing;

IT IS HEREBY ORDERED THAT the Defendant and Appellant, Samuel Wade Frydenlund, is given until November 9, 2023, to file his opening brief.

Dated October October 10, 2023.

_____
Supreme Court Judge

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 10 2023